# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Poganski, Randy Thomas

    Debtor

Bankruptcy No. 09-61369
Chapter 7 Case

## NOTICE OF SETTLEMENT OR COMPROMISE

To: The United States Trustee, all creditors and other parties in interest.

On, **April 5, 2010** or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the Debtor named above will settle a controversy as follows:

Trustee brought a motion to compel turnover of estate property against the Debtor. The parties have reached an agreement .

TheDebtor disclosed non-exempt property under federal exemptions equal to $51,380.00, including cash of $30.00, bank accounts of $2, 450.00, anticipated 2009 tax refunds of $3,500, guns of $2,100, life insurance policies of $34,600, trailer of $50, vehicle of $1000, pontoon of $100, boat of $5,800, snowmobiles of $1,000, ATV of $500 and miscellaneous tools of $250. The Debtor and the Trustee have entered into a settlement agreement, subject to Bankruptcy Court approval, whereby the Debtor will keep the above described property and will pay the Trustee $37,000 in full settlement thereof. The debtor has agreed to pay the $37,000 by March 15, 2010.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| Clerk of Court | United States Trustee | Trustee |
| --- | --- | --- |
| United States Bankruptcy Court | 1015 U S Courthouse | (See address below) |
| 204 U.S. Courthouse | 300 So. 4th St. | |
| 118 S. Mill St. | Minneapolis, MN 55415 | |
| Fergus Falls, MN 56537 | | |

Dated: March 16, 2010

/e/ Erik A. Ahlgren
Erik A. Ahlgren, Trustee
220 W Washington Ave, Ste 105
Fergus Falls, MN 56537
218-998-2775
trustee@prtel.com