MN - 204
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In RE:

    Randy Thomas Poganski            Case No.: 09-61369
                                                                  Chapter 7
                Debtor.

## NOTICE OF SALE

To:     The United States Trustee, all creditors and other parties in interest.

On **October 19, 2010**, or as soon thereafter as the transaction may be completed, the undersigned Trustee of the Estate of the Debtor(s) named above will sell property (Property) of the Estate as follows:

The Debtor has a 50% interest in the following described real property which was not scheduled as property of the estate.

    Lot 4, Block 2, Blackberry Ridge Estates, Plat 4, Stearns County Minnesota
    Property address:  1633 Blackberry Circle, Sartell, MN  56377

    Lot 1, Block 3, Blackberry Ridge Estates, Plat 4, Stearns County Minnesota
    Property address:  1646 Blackberry Circle, Sartell, MN  56377

    Lot 2, Block 3, Blackberry Ridge Estates, Plat 4, Stearns County Minnesota
    Property address:  1650 Blackberry Circle, Sartell, MN  56377

The Debtor has a 100% interest in the following unscheduled real property:

    Lot 1, Block 1 Blackberry Ridge Estates, Plat 5, Stearns County Minnesota


James F. Cameron, 14571 Greenwood Circle, Cold Spring, MN, proposes to purchase the Property for $4000.  Mr. Cameron (50%) and the Debtor (50%) are co-owners of the three (3) of the four (4) parcels of real estate referred to above. The Property is subject to a first mortgage of $220,000 held by Bremer Bank and taxes and assessments of $106,018.  The 2009 tax assessed value of the property is $398,000. The lender performed a property evaluation using 84% of the tax value giving a market value of $334,320. The lots have been continuously marketed for the last 4 years with no sale.  Equity in the property amounts to $8302 using the market value. I propose to sell the estate's interest in the property for $4000.00.  I feel this is the in the best interest of the estate.


OBJECTION: MOTION: HEARING.  Under the applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the Clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is made or an order is required, the Trustee moves the court for such orders as may be necessary and appropriate.  If an objection is timely delivered and filed, the Court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by

the Trustee with notice by the Trustee to the objecting party and the United States Trustee.

| Clerk of Court<br>US Bankruptcy Court<br>301 US Courthouse<br>300 S. Fourth St.<br>Minneapolis, MN  55415 | United States Trustee<br>1015 US Courthouse<br>300 South 4th Street<br>Minneapolis, MN  55415 | Trustee<br>(see address below) |
|---|---|---|

Dated:  September 24, 2010

/e/ Erik A. Ahlgren
Erik A. Ahlgren, Trustee
220 W Washington Ave, Ste 105
Fergus Falls, MN  56537
218-998-2775
trustee@prtel.com